22NTCHRG

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:                                                  Case No. 24-00058-ELG

    **Native Washingtonian, LLC**              Chapter 11
        **Debtor(s).**

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 4/17/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.


For the Court:
Angela D. Caesar
BY: AM
Dated: 3/5/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.