William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@Johnsonlg.law
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813

## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| Native Washingtonian, LLC | * | Case No. 24-00058 |
| Debtor(s). | * | (Chapter 11) |
| | * | |
| _____ | * | |

## APPLICATION TO AUTHORIZE
## <u>RETENTION OF REALTORS FOR THE ESTATE</u>

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, the Debtor Native Washingtonian, LLC ("Debtor"), by and through its undersigned attorney, and pursuant to 11 U.S.C. §327, and states its Application to Authorize Retention of Realtors for the Estate as follows:

1. The Debtor filed this Chapter 11 case on February 27, 2024.

2. The Debtor's 341 Meeting of Creditors shall be conducted on March 28, 2024.

The debtor is the owner of real property identified on its Bankruptcy Schedules as:

3243 Massachusetts Avenue SE, Washington, D.C. 20019

3838 Carpenter Street SE, Washington, D.C. 20020

3213 Dubois Place SE, Washington, D.C. 200219

325 Parkland Place SE, Washington, D.C. 20032

431 Atlantic Street SE, Washington, D.C. 20032

3901 17th Place NE, Washington, D.C. 20018

3. The debtor, as part of its plan of reorganization, will sell the real property identified as real property of the debtor's bankruptcy estate.

4. To that end, the Debtor seek to retain Eboneese Thompson and the firm of Thompson Premier Homes Group as realtors (collectively, "Realtors") for the estate in connection with the sale of the Property.

5. The professional services rendered by the realtors include: marketing the property, meeting with prospective purchasers, drafting sales contracts (subject to approval by this Court), providing advice on the value of the Property, and any other service which may be reasonably necessary to consummate a sale of the Property.

6. The debtor has selected the Realtor because of her experience in sales of property of this kind.

7. The commission to the Realtors is 6.0% on any sale procured by the Realtors. This is a discount from Realtor's usual commission and the market rate commission. The Realtors would pay a 2.5% commission with any agent for a buyer. A copy of the Listing Agreements between the Debtors and the Realtors is attached as an Exhibit to the "Motion."

8. The Realtors seek to have all compensation paid directly from the proceeds of any sale at the closing on such sale.

9. To the best of the Debtor's knowledge and after due inquiry, the Realtors have no connection with the Debtor, any creditor, any other party in interest, their

2

respective attorneys and accountants, the United States Trustee or any person

employed in the Office of the United States Trustee.

10. Other than as may be stated in the Verified Statement filed herewith, the Realtors

represent no interest adverse to the Debtor-In-Possession or the estate in the

matters upon which they are to be engaged, and the employment is in the best

interests of the estate and creditors generally.

### NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO

### AUTHORIZE RETENTION OF REALTORS FOR THE ESTATE

The Debtors have filed an application seeking to authorize retention of realtors for
the estate.

Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney, if you have on in this bankruptcy case.  (If you do not have
an attorney, you may wish to consult one.)  If you do not want the Court to approve
the application, or if you want the Court to consider your views on the matter, then on
or before **Seventeen (17) days** after the date of filling of this application, you or your
attorney must file with the Court a written objection to the application, together with
the proposed order required by Local Bankruptcy Rule 9013-1(b)(1).  The opposition
and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S.
Bankruptcy Court, District of Columbia, 333 Constitution Ave. NW, Washington,
D.C. 20001, and served (by delivery or mailing of copies) upon the undersigned.  The
opposition may append affidavits and documents you wish to attach in support of
your opposition.

If you mail your objection to the Court for filing, you must mail it early enough so the
Court will receive it on or before the date stated above. A hearing on the matter will
occur on April 10, 2024, at 10:00 am at 333 Constitution Ave. NW, Courtroom 1,
Washington, D.C. 20001 or via Zoom.  You may contact Amy Matthewes for access
to the hearing. You or your lawyer may explain your position to:

The Johnson Law Group, LLC
William C. Johnson, Jr.
6305 Ivy Lane

Suite 630
Greenbelt, Maryland 20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application.  The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application.  Parties in interest with questions may contact the undersigned.

WHEREFORE, the Debtors respectfully requests that this Court enter an Order:

    a.  Pursuant to 11 U.S.C. §327(a), authorizing the Debtor to employ

        Eboneese Thompson and the firm of Thompson Premier Homes Group

        as realtors for the estate;

    b.  Permitting realtors to be paid 6.0% commission from the proceeds of

        any sale procured by them at the closing of that sale; and

    c.  Granting such other and further relief as this Court may deem to be just,

        equitable and proper.

March 7, 2024                  **/s/ William C. Johnson, Jr.**
                                William C. Johnson, Jr., Esq.
                                Fed Bar No. 470314
                                6305 Ivy Lane
                                Suite 630
                                Greenbelt, Maryland 20770
                                (301) 477-3450
                                (202) 525-2958
                                Fax (301) 477-4813
                                William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of March 7, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

March 7, 2024                                   */s/ **William C. Johnson, Jr.***
                                                William C. Johnson, Jr., Esq.