**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
|    Native Washingtonian, LLC | * | Case No. 24-00058 |
|       Debtor(s). | * | (Chapter 11) |
| | * | |
| _____ | * | |

**<u>VERIFIED STATEMENT OF EBONEESE THOMPSON</u>**

TO THE HONORABLE BANKRUPTCY JUDGE:

Pursuant to Bankruptcy Rule 2014, Thompson Premier Homes Group, as proposed realtor for the bankruptcy estate of Native Washingtonian, LLC and by and through Eboneese Thompson, a real estate agent with Thompson Premier Homes Group, respectfully represent as follows:

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases and believe that neither I nor Thompson Premier Homes Group have any disqualifying conflicts of interest.

2. Other than stated herein, neither I nor Thompson Premier Homes Group have any connection with the Debtor, any creditors, any other party in interest, their representative attorneys or accountants, the United States Trustee or any person employed in the offices of the United States Trustee.

3. From time to time, Thompson Premier Homes Group and I may act as realtors for the Trustees in other cases before this Bankruptcy Court and others.

I, Eboneese Thompson, declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2024                              */s/ Eboneese Thompson*
                                                                                                      Eboneese Thompson