**IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
|    Native Washingtonian, LLC | * | Case No. 24-00058 |
|        Debtor(s). | * | (Chapter 11) |
| | * | |
| _____ | * | |

**ORDER GRANTING APPLICATION
TO RETAIN REALTORS FOR THE ESTATE**

This case came before the Court on the Debtor's Application to Retain Eboneese Thompson and the firm of Thompson Premier Homes Group (collectively "Realtors"), as Realtors for the bankruptcy estate of debtor Native Washingtonian, LLC for the purpose of selling the following real properties:

3243 Massachusetts Avenue SE, Washington, D.C. 20019

3838 Carpenter Street SE, Washington, D.C. 20020

3213 Dubois Place SE, Washington, D.C. 200219

325 Parkland Place SE, Washington, D.C. 20032

431 Atlantic Street SE, Washington, D.C. 20032

3901 17th Place NE, Washington, D.C. 20018

1

The Court being satisfied that the Realtors represent no interest adverse to the debtor or the bankruptcy estate, that the Realtors and disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED,** that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. §327(a), that debtor Native Washingtonian, LLC be, and it is hereby is authorized to employ the Realtors as realtors for the purposes identified in the debtor's Application; and it is

**FURTHER ORDERED** that the Realtors may be paid a 6.0% commission from the proceeds of any sale procured by them at the closing of that sale.

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Chapter 13 Trustee
Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

U.S. Trustee's Office
1725 Duke St.
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

The Notice of Electronic filing indicates that Notice was electronically mailed to all parties.

**End of Order**