```
Label Matrix for local noticing          Child Support Services Division          D.C. Office of Tax and Revenue
0090-1                                   Office of the Attorney General           Bankruptcy Division
Case 24-00058-ELG                        Judiciary Square 441 4th Street, NW      1101 4th Street SW
United States Bankruptcy Court for the Distri   5th Floor                         Washington, DC 20024-4457
Washington, D.C.                         Washington, DC 20001
Wed Mar  6 23:01:36 EST 2024

D.C. Unemploy. Comp. Board               DC Unemploy. Comp. Board                 District Unemployment Compensation Board
6th and Penna. Ave., N.W.                609 H St., NE                            4058 Minnesota Ave., NE
Washington, DC 20001-2106                Room 3530367                             4th Floor
                                         Washington, DC 20002-7184                Washington, DC 20019-3540

Internal Revenue Service                 Native Washingtonian, LLC                Ofc of Corp. Counsel
P.O. Box 7346                            3901 17th Place, NE                      1 Judiciary Sq.
Philadelphia, PA 19101-7346              Washington, DC 20018-2315                441 4th St., N.W.
                                                                                  6th Fl. North, Ste 1060
                                                                                  Washington, DC 20001-2714

Office of Attorney General               Secretary of the Treasury                Securities and Exchange Commission
Tax, Bankruptcy, and Finance             15th and Pennsylvania Aveneu, NW         Atlanta Regional Office
One Judiciary Square                     Washington, DC 20220-0001                Office of Reorganization
441 4th Street, NW                                                                950 East Paces Ferry Road NE, Ste. 900
6th Floor                                                                         Atlanta, GA 30326-1382
Washington, DC 20001-2714

U.S. Attorney's Office                   U.S. Environmental Protection Agency     WCP Fund I LLC
Civil Division                           US EPA Region 3                          c/o Maurice B. VertSandig, Esq.
601 D Street, NW                         Attn: Bettina Dunn, Paralegal Specialist The VerStandig Law Firm, LLC
Washington, DC 20530-0034                Office of Regional Counsel               1452 W. Horizon Ridge Pkwy
                                         1650 Arch Street (3RC60)                 #665
                                         Philadelphia, PA 19103-2029              Henderson, NV 89012-4422

Washington, D.C.                         DC Office of Tax Revenue                 DC Water and Sewer Authority
E. Barrett Prettyman U. S. Courthouse    1101 4th St SW                           P.O. Box 97200
333 Constitution Ave, NW #1225           #270                                     Washington, DC 20090-7200
Washington, DC 20001-2802                Washington, DC 20024-4457

Drazin Pardo, LLC                        Elijah Dickens                           Freddie Benjamin
Russell S. Drazin, Esquire               431 Atlantic Street, SE                  1759 Lang Place, NE
4400 Jenifer Street, NW                  Washington, DC 20032-3741                Washington, DC 20002-3025
Suite 2
Washington, DC 20015-2089

(p)INTERNAL REVENUE SERVICE              Jessica Curtis & Antonio Gerald          (p)PEPCO
CENTRALIZED INSOLVENCY OPERATIONS        431 Atlantic Street, SE                  LEGAL SERVICES
PO BOX 7346                              #105                                     PEPCO HOLDINGS INC
PHILADELPHIA PA 19101-7346               Washington, DC 20032-3741                701 NINTH ST NW SUITE 1100
                                                                                  WASHINGTON DC 20068-0001

U. S. Trustee for Region Four            WCP Fund  I, LLC                         WCP Fund I LLC
U. S. Trustee's Office                   Washington Capital Fund                  c/o The VerStandig Law Firm, LLC
1725 Duke Street                         8401 Greensboro Drive                    1452 W. Horizon Ridge Pkwy, #665
Suite 650                                Suite 960                                Henderson, Nevada 89012-4422
Alexandria, VA 22314-3489                Mc Lean, VA 22102-5149

Washington Gas                           Carlyn Winter Prisk                      William C. Johnson Jr.
6801 Industrial Rd.                      US Environmental Protection Agency       The Johnson Law Group, LLC
Springfield, VA 22151-4205               Region III (3HS62)                       6305 Ivy Lane,
                                         1650 Arch St.                            Suite 630
                                         Philadelphia, PA 19103-2029              20770
                                                                                  Greenbelt, MD 20770-1465
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| **Internal Revenue Services** | **PEPCO** | **End of Label Matrix** |
| 31 Hopkins Plaza | 701 Ninth Street, NW | Mailable recipients    29 |
| Baltimore, MD 21201 | Washington, DC 20068 | Bypassed recipients     0 |
| | | Total                  29 |