The order below is hereby signed.

Signed: April 10 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:  \*

    Native Washingtonian, LLC  \*  Case No. 24-00058

    Debtor(s).  \*  (Chapter 11)

\*

_____ \*

### ORDER GRANTING APPLICATION
### TO RETAIN REALTORS FOR THE ESTATE

This case came before the Court on the Debtor's Application to Retain Eboneese Thompson and the firm of Thompson Premier Homes Group (collectively "Realtors"), as Realtors for the bankruptcy estate of debtor Native Washingtonian, LLC for the purpose of selling the following real properties:

3243 Massachusetts Avenue SE, Washington, D.C. 20019

3838 Carpenter Street SE, Washington, D.C. 20020

3213 Dubois Place SE, Washington, D.C. 200219

325 Parkland Place SE, Washington, D.C. 20032

431 Atlantic Street SE, Washington, D.C. 20032

3901 17th Place NE, Washington, D.C. 20018

The Court being satisfied that the Realtors represent no interest adverse to the debtor or the bankruptcy estate, that the Realtors and disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED,** that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. §327(a), that debtor Native Washingtonian, LLC be, and it is hereby is authorized to employ the Realtors as realtors for the purposes identified in the debtor's Application; and it is

**FURTHER ORDERED** that all compensation shall be subject to further order of the court.

| | |
|---|---|
| I ASK FOR THIS: | SEEN: |
| ***/s/ William C. Johnson, Jr.*** | ***/s/ Kristen S. Eustis*** |
| The Johnson Law Group, LLC | Office of the U.S. Trustee |
| William C. Johnson, Jr., Esq. | Kristen S. Eustis, Esq. |
| 6305 Ivy Lane | 1725 Duke Street |
| Suite 630 | Suite 650 |
| Greenbelt, Maryland 20770 | Alexandria, VA 22314 |
| Counsel for Debtor | Counsel for United States Trustee |

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

U.S. Trustee's Office
1725 Duke St.

Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

The Notice of Electronic filing indicates that Notice was electronically mailed to all parties.

**End of Order**