```
Label Matrix for local noticing        Child Support Services Division         D.C. Office of Tax and Revenue
0090-1                                  Office of the Attorney General          Bankruptcy Division
Case 24-00058-ELG                       Judiciary Square 441 4th Street, NW     1101 4th Street SW
United States Bankruptcy Court for the Distri  5th Floor                        Washington, DC 20024-4457
Washington, D.C.                        Washington, DC 20001
Wed Mar  6 23:01:36 EST 2024

D.C. Unemploy. Comp. Board              DC Unemploy. Comp. Board                District Unemployment Compensation Board
6th and Penna. Ave., N.W.               609 H St., NE                           4058 Minnesota Ave., NE
Washington, DC 20001-2106               Room 3530367                            4th Floor
                                        Washington, DC 20002-7184               Washington, DC 20019-3540


Internal Revenue Service                Native Washingtonian, LLC               Ofc of Corp. Counsel
P.O. Box 7346                           3901 17th Place, NE                     1 Judiciary Sq.
Philadelphia, PA 19101-7346             Washington, DC 20018-2315               441 4th St., N.W.
                                                                                6th Fl. North, Ste 1060
                                                                                Washington, DC 20001-2714


Office of Attorney General              Secretary of the Treasury               Securities and Exchange Commission
Tax, Bankruptcy, and Finance            15th and Pennsylvania Aveneu, NW        Atlanta Regional Office
One Judiciary Square                    Washington, DC 20220-0001               Office of Reorganization
441 4th Street, NW                                                              950 East Paces Ferry Road NE, Ste. 900
6th Floor                                                                       Atlanta, GA 30326-1382
Washington, DC 20001-2714

U.S. Attorney's Office                  U.S. Environmental Protection Agency    WCP Fund I LLC
Civil Division                          US EPA Region 3                         c/o Maurice B. VertSandig, Esq.
601 D Street, NW                        Attn: Bettina Dunn, Paralegal Specialist  The VerStandig Law Firm, LLC
Washington, DC 20530-0034               Office of Regional Counsel              1452 W. Horizon Ridge Pkwy
                                        1650 Arch Street (3RC60)                #665
                                        Philadelphia, PA 19103-2029             Henderson, NV 89012-4422

Washington, D.C.                        DC Office of Tax Revenue                DC Water and Sewer Authority
E. Barrett Prettyman U. S. Courthouse   1101 4th St SW                          P.O. Box 97200
333 Constitution Ave, NW #1225          #270                                    Washington, DC 20090-7200
Washington, DC 20001-2802               Washington, DC 20024-4457


Drazin Pardo, LLC                       Elijah Dickens                          Freddie Benjamin
Russell S. Drazin, Esquire              431 Atlantic Street, SE                 1759 Lang Place, NE
4400 Jenifer Street, NW                 Washington, DC 20032-3741               Washington, DC 20002-3025
Suite 2
Washington, DC 20015-2089

(p)INTERNAL REVENUE SERVICE             Jessica Curtis & Antonio Gerald         (p)PEPCO
CENTRALIZED INSOLVENCY OPERATIONS       431 Atlantic Street, SE                 LEGAL SERVICES
PO BOX 7346                             #105                                    PEPCO HOLDINGS INC
PHILADELPHIA PA 19101-7346              Washington, DC 20032-3741               701 NINTH ST NW SUITE 1100
                                                                                WASHINGTON DC 20068-0001

U. S. Trustee for Region Four           WCP Fund  I, LLC                        WCP Fund I LLC
U. S. Trustee's Office                  Washington Capital Fund                 c/o The VerStandig Law Firm, LLC
1725 Duke Street                        8401 Greensboro Drive                   1452 W. Horizon Ridge Pkwy, #665
Suite 650                               Suite 960                               Henderson, Nevada 89012-4422
Alexandria, VA 22314-3489               Mc Lean, VA 22102-5149


Washington Gas                          Carlyn Winter Prisk                     William C. Johnson Jr.
6801 Industrial Rd.                     US Environmental Protection Agency      The Johnson Law Group, LLC
Springfield, VA 22151-4205              Region III (3HS62)                      6305 Ivy Lane,
                                        1650 Arch St.                           Suite 630
                                        Philadelphia, PA 19103-2029             20770
                                                                                Greenbelt, MD 20770-1465
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| **Internal Revenue Services**<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | **PEPCO**<br>701 Ninth Street, NW<br>Washington, DC 20068 | **End of Label Matrix**<br>Mailable recipients   29<br>Bypassed recipients    0<br>Total                 29 |